No. 82–6929. FEARS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 82–6930. RANDALL v. POSNER ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–6931. MCCLURE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–6932. MEADOR v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 82–6934. RAMON-PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6936. VANDA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–6938. SPOTVILLE v. MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 82–6940. WHALEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6943. ENGEL v. NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–6944. ENGEL v. NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–6947. BOTHMAN v. ENGLE. C. A. 6th Cir. Certiorari denied.

No. 82–6948. ESTRADA-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6949. VICCARONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–6951. O'CONNELL v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 82–6952. SANDERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.